IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CITY OF JACKSONVILLE, ET
AL.,

      Appellant,

v.

GERMAIN LENROD DUBOSE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2482

Opinion filed July 2, 2014.

An appeal from the Circuit Court for Duval County.
L. P. Haddock, Judge.

Cindy A. Laquidara, General Counsel, and William B. Burkett and Craig D. Feiser, Assistant General Counsels, Jacksonville, for Appellant.

Thomas G. Fallis, Jacksonville, and Robert J. Slama, Jacksonville (no appearances), for Appellee.

PER CURIAM.

      DISMISSED.

WOLF, ROBERTS, and WETHERELL, JJ., CONCUR.